**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

Rose E. Cantu,

        Plaintiff,         Case No. 18-11409

v.         Judith E. Levy
        United States District Judge

Commissioner of Social Security,
        Mag. Judge David R. Grand

        Defendant.

_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION [27]

Before the Court is Magistrate Judge David R. Grand's Report and Recommendation recommending that plaintiff's motion for summary judgment (Dkt. 21) be granted in part to the extent it seeks remand and denied in part to the extent it seeks an award of benefits; that defendant's motion for summary judgment be denied (Dkt. 22); and that the case be remanded to the Administrative Law Judge ("ALJ") for proceedings consistent with theis Report and Recommendation. (Dkt. 27.) The parties were required to file specific written objections within fourteen days of service. Fed. R. Civ. P. 72(b)(2); E.D. Mich. L.R. 72.1(d). No objections

were filed.[1] The Court has nevertheless carefully reviewed the Report and Recommendation and concurs in the reasoning and result. Accordingly,

The Report and Recommendation (Dkt. 27) is ADOPTED;

Plaintiff's motion for summary judgment (Dkt. 21) is GRANTED IN PART to the extent it seeks remand and DENIED IN PART to the extent it seeks an award of benefits;

Defendant's motion for summary judgment (Dkt. 22) is DENIED; and

This case is hereby REMANDED to the ALJ for further proceedings consistent with this Report and Recommendation.

IT IS SO ORDERED.

Dated: January 29, 2019      s/Judith E. Levy
   Ann Arbor, Michigan     JUDITH E. LEVY
                                      United States District Judge

---

[1] By failing to object to the Report and Recommendation, the parties have waived any further right of appeal. *United States v. Archibald*, 589 F.3d 289, 295–96 (6th Cir. 2009).